Case No: _____   Inmate Name: Faron Hawkins
Date: 6-1-17   Inmate IDOC#: 17833
Document Title: Petition Habeas
Total Pages: 32   Inmate Initials Verifying Page Count: [initials]
Document(s) ___ of ___

Faron Raymond Hawkins
IDOC # 17833
POB 14
Boise, ID. 83707

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

Faron R Hawkins
Leslie L Lott
Petitioner

v

Warden Keith Yordy
Warden Randy Blades
Respondent

Case No. 1:17-cv-00241-REB

Petition for Writ of Habeas Corpus under 2241 and 2254

Imminent Danger

Request Petition be granted, expedited for imminent danger as proven by admission conviction of Hawkins from 4th district M0600093, transferred to CR-FE-2007-5 Jan 11th 2008, vacated 5-10-10, unlawfully reimposed 10-17-13 to 999 year sentence. Conviction of Lott is unknown as to exact case and date. Since he has no one to help him, Hawkins is asking this court to protect his life, and his rights. The state has permanently and catastrophicly damaged him, and continues to do so, covering up their crimes. Since Hawkins was hired by IDOC to be a support offender to Lott, Hawkins duty was to protect Lott, then IDOC retaliated against Hawkins for being critical of Lotts needs, and IDOC retaliated by acts against Hawkins.

State has proven they will lie, cover up, falsify records when caught, "Balla", "McGiboney", etc... Hawkins was informed by the Idaho Supreme Court on 26th of May 2017 that they denied his Writ of Mandate, so the state has blocked all remedy to admit evidence in the record to be used in Appeal and review of Higher courts to hide their unlawful acts. Exhaustion is fulfilled by the states blocking of hearings to admit proof of their acts and proof Hawkins is unlawfully imprisoned and now has been catastrophicly damaged intentionally by state, and retaliated against for speaking out against the state. State admits twice they intentionally, knowingly denied medical treatment that caused permanent damage to both Hawkins and Lott as a matter of undeniable record.

Under the Supremacy clause of the U.S. Constitution Article VI, State Judges are bound by the Federal Constitution and share in Power of Judicial Review.

## Relief

under 28 USC 2254 and 28 USC 2241 all other liberally applied.

1. Since Conviction is invalid under the United States Constitution as it is unlawfull to convict a incompetent citizen

2. Since Idaho violated their laws and clearly established federal law

3. Since any agreement, contract not properly founded and entered into with a citizen incompetent, dementia, under the influence of controlled substances, mentally functioning with diminished capacity, and or coerced into such, or there was no meeting of the minds, the same is void.

4. Petitioner is in imminent danger of serious bodily and mental injury, that has allready cause catastrophic loss of limbs and or diminished sight, functioning of physical body and trauma to skull, brain scarring and or danger of death do to respondents acts of which they admit to, petitioners must be removed to a 3rd party facility for care and or released immeadiately to receive standard of medical care.

5. Request injunction and restraining orders with in 72 hours
   A. Removal within 72 hours
   B. Medical treatment within 72 hours.
   C. CT Scan, MRI, X-Ray, medication and counseling in 72 hours.
   D. Release to parents home with GPS monitering in 72 hours.
   E. Show cause hearing to prove Constitutional guarantees in 72 hours
   F. Show cause hearing to prove plea and conviction is lawfull.
   G. 24 hour care, supervision
   H. <u>None</u> <u>offender supervision</u>, <u>licenced medical personnel only</u>.

Parties.

Plaintiffs/Petitioners

Faron Raymond Hawkins.
Leslie Lewis Lott
reside at IDOC at ISCI facility POB 14 Boise Idaho

Defendants/Respondents

The following are sued in their official and private capacities under color of Law, to be modified if found criminally liable.

United States of America, United States District of Idaho, Judges Windmill, Lodge, Bush, Dale, unknown who had and have direct knowledge of defendants civil and criminal actions directly resulting the damages herein as they preside over "Balla" "McGibeney" cases which proved defendants have committed criminal negligence, reckless endangerment, malice, fraud, gross negligence, etc... in these cases, that Mc Stern, MD. their own appointed Master, found these actions caused permanent physical damage to offenders above and beyond their sentences, yet deliberately failed to enforce their own 92 court orders which directly contributed to the claims herein and deaths at the prison. Still this day, the District of Idaho Judges named are complicit, and intentionally fail to meet their oath of office, and conspire with the state, corizon corp, others to habitually cause catastrophic mental and physical damage against plaintiffs and all other similarly situated.

Parties

Defendants: Respondents

Gov C L Otter, State Legislature, Lt Gov Brad Little, who have the power to issue an executive order to ensure state laws, code, statute yet fail to. Kevin Kempf, Henry Atencio, who intentionally profit and aid in the cover up in this case and "Balla", "McGibaney" et al, plus multiple deaths, Kitchen workers hired with Hep-C etc... to intentionally knowingly start, spread the virus's, encourage staff under them to create a environment of corruption, abuse, Warden Blades, Warden Yordy who have in this case, knowingly aided, permited permanate physical mental damage, intentional removal of medications for seizures and placing shirt with target on plaintiff as well as forced work with black frostbite fingers, permiting dementia offender to walk alone under the watch of guard towers, Staff Captain, Lt, Sgt Payton, Cpl Erbe, etc... for days until after appox five days the frostbite is so bad his finger turn black and had to be sawed off March 20 2017. Corizon LLC, Corizon Corp, Corizon Parent Corp., Corizon staff Known, unknown, Bruiser, Martin, Wingert, with Sgt Payton, Cpl Erbe who directly oversaw Leslie Lott and employed Faran Hawkins for over three years.

## Parties Defendant/Respondent

Idaho Board of Correction, Robin Sandy, David McClusky, Cindy Wilson, Debbie Fidd, Howard Tassel, Carolyn Meline, John and Jane Does unknown, are intentionally, knowingly engaged in civil and criminal code violations, criminal activity by selectively contracting with, entering into criminal acts of falsifying official government documents, then making payment to themselves, and Corizon LLC, Corizon Corp and their insurers to cover up their criminal and civil acts. Using taxpayer funds to fraudulently issue taxpayer funds to transport mislabeled, fraudulently misrepresented federally regulated controlled drugs. Useing those drugs to dispense to offenders for life threatening illnesses, while knowing the drugs are out of date, do not meet required dose, do not contain published dose, and falsify useage to obtain federal funding. A clear RICCO violation of conspiricy and controlled substances. Proven falsifing of official government documents as found in Balla v State of Idaho, Known to the United States Court, District of Idaho, and has caused multiple deaths, permanate damage and caused Hep-C epidemic in Idaho do to the defective, mislabeled, out of date drugs fraudulently given to offenders. Defendants direct actions and knowledge of a cult of corruption, criminal acts, civil acts, yet continue to contract with, perpetuate the criminal acts against human beings, while directly financially benifiting from their actions.

# History    Plaintiff/Petitioner Hawkins

August 11th 2016  13:00 hours Provider will change from Dialantin to Kepra. Brain injury, abnormal EEG can cause personality changes, dialantin has been shown to cause damage long term.

August 19th 2016  16:45 hr gave me 4 pills unlabeled removed from a sealed pill card she said, prior to me seeing her do it. I asked who removed them, they were a different color and number.

September 1st 2016  Notified at pill call my pills 400mg Dialantin is stopped.

September 2nd 2016  Concerned Medical, Corizon, ITCA, Medical Board, Warden Keith Yordy

September 18 2016  Concerned Case Mgr Kormylo.

September 23 2016  10:05 Kormylo refused to even email or call medical about medication.

September 29th 2016  Pill call, Amber stated Dr Agler restored my dialantin 400 mg today 16:40 – 29 days without medication.

October 5th 2016  08:00 Medical call out. Two medical staff were confused. One said Dr Swisher ordered EKG. One said blood draw. Acted unsure what and who ordered, Dr Agler? Reset callout

October 7th 2016  13:00 Medical call out. Two women calling themselves Brewer and Martin called me into room, apologized for "pharmacy Head" not catching Doctors error, failing to reorder dialantin or Kepra.

October 14th 2016  08:00 Call out Medical P.A. Berry saw me, said I exhibited symptoms related to neurological damage and said he would have me transported to a neurologist. It may take a couple weeks, in meantime he said he would get me off dialantin as it is a "dirty drug", long term it can cause damage. That going cold turkey off 400mg dialantin for a month, then dumped back on 400mg instead of tapering off then back on had to cause sevir issues.

Oct 18th 2016  07:00 Medical, Mandy plus two other females, confirmed new drug "Lamictal" will be issued instead of dialantin. Mandy said "I should not listen to a lawyer or street doctor"

Oct 31st 2016  13:00 Provider call out Moved to 10:30 Dr Agler, plus a man in corner and female met with me, Dr Agler sat behind desk, never came near me or examined me, nor did any other. Vitals taken by female only. Discussed neurologist with him. Nothing done.

November 23rd 2016   Medical   EKG Mandy? One female said I had a EKG in my file. I said you have never given me a EKG, she said it is right here, other female said No, it can't be, Hawkins is OCD, he would never consent to it, that is why I am here today, to see if we can use new blankets, etc... for him to lay down on. After a few minutes I consented because of the fact she said with the recent medical medication issue and seizures, blood pressure, I should do it.

November 29th 2016   Pill call 16:50 gave me wrong pills

December 13th 2016   Provider Call out 09:00 cancelled do to staff training, yard shut down 08:30 to 14:00

December 21st 2016 Provider Call out 13:00 PA Trip? Not A Doctor, discussed symptoms, put me on low dose Aspirin along with prior lamictal, lisinopril.

Febarary 27th 2017   10:00 Nurse Visit, vitals only

March   22nd 2017   13:00 Provider Call out. Nothing done

During September 1st 2016 to October 8 2016 multiple seizures, damage to brain, central neurological system caused damage to vision in left eye, tremors, balance, memory, loss of weight etc...